Mario Iskander, SBN #327025
ISKANDER LAW
1111 N. Brand Blvd Suite 308
Glendale CA 91202
Tel. (240) 439-1970
Email mario@iskanderlaw.com

Attorneys for Defendant BETTER RISE CAPITAL LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| TIMOTHY RATCLIFF,<br>Plaintiff,<br>v.<br>BETTER RISE CAPITAL LLC, a California limited liability company, also doing business as RYZE FUNDING and BRC CAPITAL; and DOES 1 through 10, inclusive,<br>Defendants. | Case No. ____________________<br>[Orange County Superior Court Case No. 30-2026-01596503-CU-NP-CJC]<br>**DEFENDANT BETTER RISE CAPITAL LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>[Fed. R. Civ. P. 7.1; L.R. 7.1-1]<br>Action Filed: September 10, 2026<br>FAC Filed: September 14, 2026<br>Trial Date: None set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**A. Corporate Disclosure Statement (Fed. R. Civ. P. 7.1(a)(1))**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendant Better Rise Capital LLC, a California limited liability company, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its membership interests.

**B. Certification and Notice of Interested Parties (L.R. 7.1-1)**

The undersigned, counsel of record for Defendant Better Rise Capital LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Timothy Ratcliff — Plaintiff.
2. Better Rise Capital LLC (also doing business as Ryze Funding and BRC Capital) — Defendant.
3. Mohammad Ghafarinia — Manager and member of Defendant Better Rise Capital LLC, aka Matthew Ghafarinia or Matt Nia — Manager and member of Defendant Better Rise Capital LLC.

Respectfully submitted,

ISKANDER LAW

Date: October 15, 2026

s/ /

Mario Iskander, Esq.
Attorneys for Defendant BETTER RISE CAPITAL LLC

## PROOF OF SERVICE

I am over the age of 18 and not a party to this action. My business address is 1111 N. Brand Blvd., Suite 308, Glendale, California 91202. On October ___, 2026, I served the following document(s):

**DEFENDANT BETTER RISE CAPITAL LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

on the interested party in this action as follows:

Timothy Ratcliff, Plaintiff in pro per
500 Westover Dr. #37862
Sanford, NC 27330
Email: ramenmagic@gmail.com

[ X ] **BY U.S. MAIL:** I enclosed the document(s) in a sealed envelope addressed to the person at the address listed above and deposited the envelope with the United States Postal Service at Glendale, California, with first-class postage fully prepaid.

[ X ] **BY ELECTRONIC SERVICE:** Based on Plaintiff's written consent to electronic service, I caused the document(s) to be transmitted to the person at the email address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on October 15, 2026, at Glendale, California.

/s/ Mario Iskander
Mario Iskander