Mario Iskander, SBN #327025
ISKANDER LAW
1111 N. Brand Blvd Suite 308
Glendale CA 91202
Tel. (240) 439-1970
Email mario@iskanderlaw.com

Attorneys for Defendant
BETTER RISE CAPITAL LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| TIMOTHY RATCLIFF,<br><br>Plaintiff,<br><br>v.<br><br>BETTER RISE CAPITAL LLC, a California limited liability company, also doing business as RYZE FUNDING and BRC CAPITAL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:26-cv-03037-DOC (ADSx)<br><br>**PROOF OF SERVICE**<br><br>Action filed: September 10, 2026<br>Removed: October 15, 2026 |

I am over the age of 18 and not a party to this action. My business address is 1111 N. Brand Blvd., Suite 308, Glendale, California 91202.

On November 6, 2026, I served the following documents:

1. JOINT STIPULATION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND SETTING DEFENDANT'S RESPONSE DEADLINE, with Exhibit A (Third Amended Complaint); and

2. [PROPOSED] ORDER GRANTING JOINT STIPULATION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND SETTING DEFENDANT'S RESPONSE DEADLINE

on the following person:

Timothy Ratcliff, Plaintiff, Pro Se
500 Westover Dr. #39696, Sanford, NC 27330
ramenmagic@gmail.com

[X] BY ELECTRONIC MAIL (Fed. R. Civ. P. 5(b)(2)(E)): Under Plaintiff's written consent to service by electronic mail (Joint Stipulation, ¶ 7), I emailed the documents to the address above. I did not receive any indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 6, 2026, at Glendale, California.

/s/ Mario Iskander
Mario Iskander